IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JAMES STANLEY

    Plaintiff,

v.                                                    Case 2:14-cv-02229

BERLIN-WHEELER, INC.,

    Defendant.

## NOTICE OF SETTLEMENT

Plaintiff, by and through his attorney J. Mark Meinhardt hereby states as follows:

1. The Plaintiff and the Defendant have reached a settlement in principal.

2. The Parties will file a Stipulation of Dismissal with Prejudice with each party to pay their or its own attorney's fees and costs once the settlement documents have been executed by the parties and delivered to all counsel and the Plaintiff has received the settlement funds. The parties expect this to happen within the next thirty (30) days.

    Respectfully submitted,

    By: s/ J. Mark Meinhardt
    J. Mark Meinhardt KS # 20245
    1 E. Washington St. Ste. 500
    Phoenix, AZ 85004
    913-827-1950
    meinhardtlaw@gmail.com
    **ATTORNEY FOR PLAINTIFF**